UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Khaaliq Beamon**　　　　　　　　　　　　　　　　**Docket No. 4:13-CR-42-1D**

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Khaaliq Beamon, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 14, 2014, to the custody of the Bureau of Prisons for a term of 13 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kevin Khaaliq Beamon was released from custody on March 21, 2014, at which time the term of supervised release commenced. As a result of the defendant being charged with Driving While License Revoked on February 14, 2015, a Violation Report was forwarded to the court recommending continuing supervision. As a result of the defendant testing positive for marijuana on December 2, 2015, a Violation Report was forwarded to the court recommending continuing supervision. As a result of the defendant testing positive for marijuana on January 14, 2016, a Violation Report was forwarded to the court recommending continuing supervision to allow the defendant to participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 12, 2016, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Kevin Khaaliq Beamon
Docket No. 4:13-CR-42-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: February 25, 2016

## ORDER OF THE COURT

Considered and ordered this __2__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

James C. Dever, III
Chief U.S. District Judge